

# ELECTRONIC RECORD

COA # 07-14-00075-CR     OFFENSE: 22.02

STYLE: Fallon Wayne Hart v. The State of Texas     COUNTY: Hood

COA DISPOSITION:     AFFIRMED     TRIAL COURT: 355th District Court

DATE: 09/02/2014     Publish: NO     TC CASE #: CR12428

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Fallon Wayne Hart v. The State of Texas     CCA #: 1369-14

_____APPELLANT'S_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_refused_     JUDGE: _____

DATE: Jan. 28, 2015     SIGNED: _____     PC: _____

JUDGE: PC     PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD